UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:13-cv-13167 (GAO) ) |
| CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORP., and J. PAUL REDDAM, | ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF DANIEL BAREN

DANIEL BAREN, being duly sworn, states the following:

1. I am an attorney duly admitted to the practice of law in the State of California. I am over 21 years of age and competent to submit this affidavit.

2. I am in-house counsel for CashCall, Inc. ("CashCall"), which is a defendant in this case. I was hired to work at CashCall in 2003 in the position of General Counsel. As such, I have personal knowledge of certain facts regarding the organization and operations of CashCall and its subsidiary WS Funding, LLC ("WS Funding"), relevant to this proceeding.

3. I submit this affidavit in support of defendants' motion to transfer venue to the Central District of California.

4. CashCall was founded in 2003 under the laws of California. Initially an unsecured consumer installment lender, CashCall is currently authorized to make consumer or mortgage loans in over 40 states. Its main office is located at 1 City Boulevard West, Suite 1900, Orange, California 92868. At one point CashCall employed nearly 2,000 people, although

now it employs approximately 650 people, the vast majority of whom are loan servicing employees who live and work in the Central District of California. Further, all senior company management live and work in the Central District of California.

5. The overwhelming majority, if not all, of CashCall's corporate records and documents are located in the Central District of California, and none are located in Massachusetts.

6. Among other business activities, CashCall has serviced consumer installment loans originated by unaffiliated non-party lender Western Sky Financial, LLC ("Western Sky"), and purchased by WS Funding. From 2010 until 2013, Western Sky offered loans to borrowers located in 48 states and the District of Columbia. Loans to Massachusetts residents account in number for 1.2% of all Western Sky loans ever made and 6.2% of Western Sky loans made to borrowers in the eight states listed in the complaint in this action ("Subject States"). Of these states, more Western Sky loans were made to borrowers in each of Arizona, Colorado, Indiana, North Carolina, and New York than to borrowers in Massachusetts. Similarly, by overall dollar amount, loans to Massachusetts residents account for 1.3% of all Western Sky loans ever made and 6.5% of Western Sky loans made to borrowers in the Subject States.

7. A wholly owned CashCall subsidiary, WS Funding was organized in 2009 under the laws of Delaware. Its main office is located at 1 City Boulevard West, Suite 1900, Orange, California 92868. WS Funding is a holding company.

8. I have reviewed the complaint's allegations and have attempted to identify the individuals with relevant and discoverable information that CashCall and WS Funding are likely to use in their defense. With the exception of members of the Cheyenne River Sioux Tribe who reside on the Cheyenne River Indian Reservation within the exterior boundaries of South Dakota,

*PRIVILEGED & CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

all such persons identified to date are CashCall managerial or loan servicing employees who live and work in the Central District of California.

Sworn to under penalty of perjury.

Dated:   Anaheim, California
         February 28, 2014

                                                 */s/ Daniel Baren*
                                                 Daniel Baren, Esq.