UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORP., and J. PAUL REDDAM, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 1:13-cv-13167 (GAO)

**AFFIDAVIT OF CESAR GUZMAN**

CESAR GUZMAN, being duly sworn, states the following:

1. I am over 21 years of age and competent to submit this affidavit.

2. I am the President and Chief Executive Officer of Delbert Services Corp. ("Delbert"), which is a defendant in this case. I have over 20 years' experience working in the field of debt collection. I initially joined Delbert as Vice President in 2010 and was promoted to President and Chief Executive Officer in 2012. As such, I have personal knowledge of certain facts regarding the organization and operations of Delbert relevant to this proceeding.

3. I submit this affidavit in support of defendants' motion to transfer venue to the Central District of California.

4. Delbert was founded in 2008 under the laws of Nevada. Although it is headquartered in Nevada, Delbert maintains an office at 1900 South State College Boulevard, Anaheim, California 92806, in which I as President and 143 of approximately 200 Delbert employees are located.

5. Between 2010 and the present day, Delbert has serviced a variety of consumer and mortgage lending products, from prime loans to distressed portfolios, for twenty-six different clients, including CashCall. Delbert initially serviced CashCall's "charge-off" portfolio of loans, meaning loans that are more than 150 days past due. Included among CashCall's "charge-off" portfolio were loans originated by Western Sky Financial, LLC ("Western Sky"). By September 2013, CashCall transferred most of its remaining Western Sky loans to Delbert for servicing.

6. Delbert does not itself originate consumer or mortgage loans.

7. I have reviewed the allegations of the Amended Complaint in this action and have attempted to identify the individuals with relevant and discoverable information that Delbert is likely to use in its defense. With the exception of members of the Cheyenne River Sioux Tribe who reside on the Cheyenne River Indian Reservation within the exterior boundaries of South Dakota, all such persons identified to date are Delbert managerial or loan servicing employees who live and work in the Central District of California.

8. It is my understanding that Delbert secured third-party debt-collection licenses in various states to service Delbert's portfolio of loans exclusive of those issued by Western Sky.

Sworn under penalty of perjury.

Dated:   Anaheim, California
         April 11, 2014

                                                     */s/ Cesar Guzman*
                                                    Cesar Guzman