# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:13-cv-13167 (GAO) ) |
| CASHCALL, INC., WS FUNDING, LLC, DELBERT SERVICES CORP., and J. PAUL REDDAM, | ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF J. PAUL REDDAM

J. PAUL REDDAM, being duly sworn, states the following:

1. My name is J. Paul Reddam. I reside in Sunset Beach, California. I am over 21 years of age and competent to submit this affidavit.

2. I am named as a defendant in this action.

3. This affidavit is submitted in support of my motion to dismiss for lack of personal jurisdiction. It is submitted for no other purpose.

4. I have over 20 years' experience in the consumer and mortgage lending industries.

5. I have never lived in the Commonwealth of Massachusetts. I have never set foot in Massachusetts. I do not have an ownership interest in any Massachusetts real (or other) property. I do not possess an ownership interest in any business enterprise that is based in Massachusetts or incorporated under Massachusetts law, nor do I sit on the board of directors of any Massachusetts-based company.

6. I have no personal business dealings in Massachusetts. To my knowledge, I have never personally interacted with any Western Sky Financial, LLC ("Western Sky"), borrower whose loan was serviced by CashCall, Inc. ("CashCall"), or Delbert Services Corp. ("Delbert"), nor have I ever personally collected or initiated, electronically or otherwise, any loan payment by such a consumer. I have no personal involvement with CashCall's or Delbert's servicing of loans, except that I instruct CashCall and Delbert managers and supervisors to ensure that all applicable laws are obeyed.

7. I have no ownership interest in Western Sky, nor am I an officer, employee, or director of that company. Upon information and belief, the ultimate decisions whether to fund Western Sky loans were made by that company pursuant to its own underwriting guidelines.

8. In connection with various Delbert applications for debt-collection licenses, I previously stated that I coordinated all marketing and advertising for CashCall and determined where such advertising should be directed. The key decisions in this regard included whether to run mortgage or consumer loan advertisements for CashCall in a given week; the amount of each category of advertisement to run; whether to run print, radio, or television advertisements; and which advertisements in particular to run. I have never directed that an advertisement for any consumer loan be run specifically in Massachusetts.

Sworn under penalty of perjury.

Dated:   Anaheim, California
         April 11, 2014

                                             */s/ J. Paul Reddam*
                                             J. Paul Reddam

1745212v1